UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HELEN DIANE MATZ,

    Plaintiff,

vs.                                         Case No. 3:25-cv-397-MMH-LLL

EARLONDEZ DONTA BOND,
MCCORMICK TRUCKING, INC.
and GEICO GENERAL
INSURANCE COMPANY,

    Defendant.
_____/

**O R D E R**

**THIS CAUSE** is before the Court on Plaintiff's Motion to Remand (Doc. 6; Motion) filed on April 24, 2025. In the Motion, Plaintiff argues that this matter should be remanded because Defendant failed to prove that complete diversity of citizenship exists and that the amount in controversy exceeds $75,000. See generally Motion. Defendant McCormick Trucking, Inc. (McCormick) filed its Response in Opposition to Plaintiff's Motion to Remand and Incorporated Memorandum of Law (Doc. 11; Response) on May 7, 2025. On May 20, 2025, the Court heard argument on the Motion. At the hearing, the Court denied the Motion to the extent Plaintiff challenged McCormick's showing regarding the amount in controversy and took the Motion under

advisement to the extent she challenged its showing of diversity of citizenship. See Clerk's Minutes (Doc. 19). On June 3, 2025, McCormick filed its Supplemental Jurisdictional Statement Addressing Citizenship of the Parties for Purposes of Establishing Subject Matter Jurisdiction (Doc. 27; Supplement). On June 5, 2025, Defendant Geico General Insurance Company filed its Disclosure Statement under Rule 7.1, Federal Rules of Civil Procedure, and Local Rule 3.03 (Doc. 30). And on June 9, 2025, Plaintiff filed her Disclosure Statement under Rule 7.1, Federal Rules of Civil Procedure, and Local Rule 3.03. (Doc. 31). Upon review of the Motion, Response, Supplement, and disclosure statements, the Court finds that McCormick has shown by a preponderance of the evidence that complete diversity of citizenship is satisfied. Accordingly, it is

**ORDERED:**

Plaintiff's Motion to Remand (Doc. 6) is **DENIED**.

**DONE AND ORDERED** in Jacksonville, Florida this 16th day of June, 2025.

**MARCIA MORALES HOWARD**
United States District Judge

Lc35

Copies to:

Counsel of Record

- 3 -