**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

HELEN DIANE MATZ,

        Plaintiff,

vs.                                Case No.  3:25-cv-397-MMH-LLL

EARLONDEZ DONTA BOND,
MCCORMICK TRUCKING, INC.,
and GEICO GENERAL
INSURANCE COMPANY,

        Defendants.

_____/

## **ORDER**

**THIS CAUSE** is before the Court <u>sua</u> <u>sponte</u>. Defendants have recently filed several motions, including Defendants' Earlondez Donta Bond and McCormick Trucking Inc.'s Joint Motion for Fraud on the Court (Doc. 75; Motion for Fraud on the Court), filed March 2, 2026; Defendants' Daubert Motion Regarding Plaintiff's Expert Bobbi Joe Hill and Incorporated Memorandum of Law in Support (Doc. 79; Hill Daubert Motion), filed March 2, 2026; and Defendants' Daubert Motion Regarding Plaintiff's Expert Ralph Spencer Stoetzel, M.D. and Incorporated Memorandum of Law in Support (refiled with redacted exhibits per instruction of the Court) (Doc. 86; Stoetzel Daubert Motion), filed March 4, 2026 (collectively, Motions). In the Motions,

Defendants include the certification required pursuant to Local Rule 3.01(g), Local Rules of the United States District Court for the Middle District of Florida (Local Rule(s)), regarding the duty to confer. <u>See</u> Motion for Fraud on the Court at 16; Hill Daubert Motion at 21; Stoetzel Daubert Motion at 22. However, the certifications state that Defense counsel was unable to confer with Plaintiff's counsel and/or did not obtain Plaintiff's position on the Motions prior to filing. <u>See</u> Motion for Fraud on the Court at 16; Hill Daubert Motion at 21; Stoetzel Daubert Motion at 22. Notably, under the Local Rules, if a movant is unable to confer with the opposing party before filing a motion, "the movant after filing must try diligently for three days to contact the opposing party. Promptly after either contact or expiration of the three days, the movant must supplement the motion with a statement certifying whether the parties have resolved all or part of the motion." Local Rule 3.01(g)(3). Over a week has passed, but Defendants have not filed any supplement to the Motions. As such, the Court will direct Defendants to file a supplement to the Motions advising whether the parties have resolved all or part of each motion, as Local Rule 3.01(g) requires. Accordingly, it is

**ORDERED:**

Defendants are **DIRECTED** to file a supplement to the Motion for Fraud on the Court (Doc. 75), the Hill Daubert Motion (Doc. 79), and the Stoetzel Daubert Motion (Doc. 86) with the requisite Local Rule 3.01(g) Certification on or before **March 20, 2026**.

**DONE AND ORDERED** in Jacksonville, Florida this 16th day of March, 2026.

**MARCIA MORALES HOWARD**
United States District Judge

Lc35

Copies to:

Counsel of Record